# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136680(99)

EDITH KYSER,
       Plaintiff-Appellee,

v

KASSON TOWNSHIP,
       Defendant-Appellant.

_____

SC: 136680
COA: 272516
Leelanau CC: 04-006531-CZ

     On order of the Chief Justice, the motion by Edward C. Levy Co., and Michigan Paving & Materials Co., for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED. The brief may be filed not later than August 27, 2009



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2009

Clerk